# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: LOVIG, JAMES C., III | § | Case No. 09-38668 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $20,096.09
*(without deducting any secured claims)*

Assets Exempt: $10,441.09

Total Distribution to Claimants: $0.00

Claims Discharged
Without Payment: $91,002.77

Total Expenses of Administration: $8,500.26

3) Total gross receipts of $ 8,500.26 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $8,500.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $20,698.00 | $1,633.46 | $1,633.46 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,914.94 | 11,914.94 | 8,500.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,322.04 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,163.00 | 24,839.77 | 24,839.77 | 0.00 |
| **TOTAL DISBURSEMENTS** | $86,861.00 | $41,710.21 | $38,388.17 | $8,500.26 |

4) This case was originally filed under Chapter 7 on October 16, 2009. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2012          By: /s/CHARLES J. MYLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer of real estate | 1141-000 | 8,500.00 |
| Interest Income | 1270-000 | 0.26 |
| **TOTAL GROSS RECEIPTS** | | $8,500.26 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10S | Department of the Treasury-IRS | 4110-000 | N/A | 1,633.46 | 1,633.46 | 0.00 |
| NOTFILED | HSBC Auto Finance | 4110-000 | 20,698.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $20,698.00 | $1,633.46 | $1,633.46 | $0.00 |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,600.01 | 1,600.01 | 914.93 |
| Charles J. Myler | 2200-000 | N/A | 127.43 | 127.43 | 72.87 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 10,062.50 | 10,062.50 | 7,387.46 |

| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 11,914.94 | 11,914.94 | 8,500.26 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Department of the Treasury-IRS | 5800-000 | N/A | 2,642.75 | 0.00 | 0.00 |
| 11P | Illinois Department of Revenue | 5800-000 | N/A | 679.29 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 3,322.04 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 4,240.41 | 4,240.41 | 0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 7100-000 | N/A | 3,381.39 | 3,381.39 | 0.00 |
| 3 | PRA Receivables Management, LLC | 7100-000 | N/A | 1,040.19 | 1,040.19 | 0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 7100-000 | N/A | 1,181.03 | 1,181.03 | 0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 7100-000 | N/A | 6,900.18 | 6,900.18 | 0.00 |
| 6 | PRA Receivables Management, LLC | 7100-000 | N/A | 1,235.92 | 1,235.92 | 0.00 |
| 7 | GE Money Bank dba SAM'S CLUB | 7100-000 | N/A | 700.10 | 700.10 | 0.00 |
| 8 | TD Retail Card Services | 7100-000 | N/A | 1,418.50 | 1,418.50 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | OPHRYS LLC | 7100-000 | N/A | 2,434.13 | 2,434.13 | 0.00 |
| 10U | Department of the Treasury-IRS | 7200-000 | N/A | 2,228.84 | 2,228.84 | 0.00 |
| 11U | Illinois Department of Revenue | 7200-000 | N/A | 79.08 | 79.08 | 0.00 |
| NOTFILED | First Equity Card Corp. | 7100-000 | 9,706.00 | N/A | N/A | 0.00 |
| NOTFILED | Dex | 7100-000 | 355.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 4,240.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| NOTFILED | Elliot Heidelberger | 7100-000 | 1,027.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Pages | 7100-000 | 484.00 | N/A | N/A | 0.00 |
| NOTFILED | Shaw, Jacobs & Associates, PC | 7100-000 | 2,168.00 | N/A | N/A | 0.00 |
| NOTFILED | Yard Card | 7100-000 | 1,926.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | James C. Lovig, Jr. | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Card Services | 7100-000 | 2,434.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,010.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,236.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 998.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 484.00 | N/A | N/A | 0.00 |
| NOTFILED | Benson, Mair & Gosselin | 7100-000 | 7,735.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,941.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 2,719.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 2,060.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 5,894.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 66,163.00 | 24,839.77 | 24,839.77 | 0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-38668 | **Trustee:**      (330510)    CHARLES J. MYLER |
| **Case Name:**    LOVIG, JAMES C., III | **Filed (f) or Converted (c):**  10/16/09 (f) |
| | **§341(a) Meeting Date:**  11/23/09 |
| **Period Ending: 05/04/12** | **Claims Bar Date:**    02/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   Cash <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 2   Checking, 5th 3rd Bank, St. Charles, IL <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 0.09 | 0.00 | DA | 0.00 | FA |
| 3   Checking, US Bank, Geneva <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 10.00 | 10.00 | DA | 0.00 | FA |
| 4   Dining Room Set <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 5   One Adult Male <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 6   IMRF <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 1,941.00 | 0.00 | DA | 0.00 | FA |
| 7   1999 Chevy Tahoe (1/2) <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 8   2007 Nissan Extera <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 9   16' Open Landscape Trailer <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 10   Redmax Blower <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 55.00 | 55.00 | DA | 0.00 | FA |
| 11   2004 Bobcat Walk Behind 48" Mower <br> Orig. Asset Memo: Imported from original petition <br> Doc# 1 | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 12   2008 Great Dane Standup Super Surfer 52" | 2,500.00 | 2,500.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| Case Number: | 09-38668 |
| Case Name: | LOVIG, JAMES C., III |
| Period Ending: | 05/04/12 |

| | |
|---|---|
| Trustee: | (330510)   CHARLES J. MYLER |
| Filed (f) or Converted (c): | 10/16/09 (f) |
| §341(a) Meeting Date: | 11/23/09 |
| Claims Bar Date: | 02/25/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 13 | 2004 Bobcat Zero Turn 61" Mower<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Kawasaki String Trimmer<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 50.00 | DA | 0.00 | FA |
| 15 | Machinist & Woodworking tools<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 16 | Fraudulent transfer of real estate | Unknown | 0.00 | | 8,500.00 | FA |
| 17 | 9. Mowers Total:        10,441.09 | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.26 | Unknown |
| 18 | **Assets**      **Totals** (Excluding unknown values) | **$20,096.09** | **$4,815.00** | | **$8,500.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settled with Elizabeth Lovig for $8,500; final report sent to US Trustee 12/13/11

Initial Projected Date Of Final Report (TFR):      June 30, 2010          Current Projected Date Of Final Report (TFR):      December 30, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-38668 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** LOVIG, JAMES C., III | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******58-65 - Checking Account |
| **Taxpayer ID #:** **-***7196 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 05/04/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/01/11 | {16} | Elizabeth Lovig | Settlement of adversary | 1141-000 | 6,000.00 | | 6,000.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,000.04 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,975.04 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 5,975.09 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,950.09 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,950.13 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,925.13 |
| 12/06/11 | {16} | Elizabeth Lovig | Balance of settlement | 1141-000 | 2,500.00 | | 8,425.13 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,425.19 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,400.19 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,400.26 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,375.26 |
| 03/12/12 | 1001 | Department of the Treasury-IRS | Dividend paid 100.00% on $1,633.46; Claim# 10S; Filed: $1,633.46; Reference: Voided on 03/26/12 | 4110-003 | | 1,633.46 | 6,741.80 |
| 03/12/12 | 1002 | CHARLES J. MYLER | Dividend paid  57.18% on $1,600.01, Trustee Compensation;  Reference: | 2100-000 | | 914.93 | 5,826.87 |
| 03/12/12 | 1003 | Myler, Ruddy & McTavish | Dividend paid  57.18% on $10,062.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,754.00 | 72.87 |
| 03/12/12 | 1004 | Charles J. Myler | Dividend paid  57.18% on $127.43, Trustee Expenses;  Reference: | 2200-000 | | 72.87 | 0.00 |
| 03/26/12 | 1001 | Department of the Treasury-IRS | Dividend paid 100.00% on $1,633.46; Claim# 10S; Filed: $1,633.46; Reference: Voided: check issued on 03/12/12 | 4110-003 | | -1,633.46 | 1,633.46 |
| 03/26/12 | 1005 | Myler, Ruddy & McTavish | IRS check #1001 returned; claim paid by offset; new check written to attys for trustee as part of shortage from first dividend | 3110-000 | | 1,633.46 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,500.26 | 8,500.26 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,500.26 | 8,500.26 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,500.26** | **$8,500.26** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-38668 |
| Case Name: | LOVIG, JAMES C., III |
| Taxpayer ID #: | **-***7196 |
| Period Ending: | 05/04/12 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******58-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | | | 8,500.26 | | |
| | | Net Estate : | | | $8,500.26 | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******58-65 | 8,500.26 | 8,500.26 | 0.00 |
| | $8,500.26 | $8,500.26 | $0.00 |